**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6651**

---

HERMAN L. MOODY,

                                    Petitioner - Appellant,

        versus

RONALD J. ANGELONE, Director, Virginia Depart-
ment of Corrections,

                                    Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  James R. Spencer, District Judge.
(CA-00-529-3)

---

Submitted:  September 25, 2001        Decided:  November 5, 2001

---

Before WILKINS and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Herman L. Moody, Appellant Pro Se.  Pamela Anne Sargent, Assistant
Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Herman L. Moody seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Moody v. Angelone, No. CA-00-529-3 (E.D. Va. Apr. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED